# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALLAN DILLARD,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| **CITY OF PHILADELPHIA, et al.,** | : | |
| *Defendants.* | : | **No. 22-cv-0941** |

## ORDER

**AND NOW**, this **30th** day of **June 2025**, upon consideration of Defendant Reginald Graham's Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 53), Plaintiff's Opposition (ECF No. 56), and the docket, it is hereby **ORDERED** that the Motion (ECF No. 53) is **DENIED** for the reasons set forth in the accompanying memorandum opinion. Plaintiff shall have an additional thirty (30) days from the date of this Order to serve the complaint on Defendant Graham.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**